**FILED**

MAY - 1 2009

CLERK, U.S. DISTRICT COURT
EASTERN DISTRICT OF CALIFORNIA
BY _____
DEPUTY CLERK

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES,<br><br>    Plaintiff,<br><br>v<br><br>HANNY BEKHIT,<br><br>    Defendant. | Mag. No. 2:09-MJ-0134 DAD<br><br>ORDER UNSEALING CRIMINAL COMPLAINT AND AFFIDAVIT IN SUPPORT OF THE CRIMINAL COMPLAINT |

Upon Application of the United States of America and good cause having been shown,

**IT IS HEREBY ORDERED** that the Criminal Complaint and Affidavit in support of the Criminal Complaint in Mag. No. 2:09-MJ-0134 DAD be, and is, hereby ordered **UNSEALED**.

DATED: May 1, 2009

GREGORY G. HOLLOWS
UNITED STATES MAGISTRATE JUDGE